**DISMISS and Opinion Filed February 14, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-23-00850-CV**

_____

**DEBRA D. LEWIS, Appellant**

**V.**

**NORTHWOOD CONDOMINIUMS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-04429-D**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

Appellant's brief in this case is overdue. By postcard dated December 12, 2023, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                              /Craig Smith/

                              CRAIG SMITH

230850F.P05                   JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DEBRA D. LEWIS, Appellant

No. 05-23-00850-CV          V.

NORTHWOOD CONDOMINIUMS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-23-04429-D.

Opinion delivered by Justice Smith. Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered February 14, 2024